DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STANLEY GORDON** and **CAROL LIGHTBODY,**
Appellants,

v.

**MEDITERRANEA MAINTENANCE ASSOCIATION, INC.,**
Appellee.

No. 4D17-1793

[March 21, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Roger B. Colton, Judge; L.T. Case No. 502016CA010059XXXXMB.

Stanley Gordon, Royal Palm Beach, pro se.

No appearance for Appellant Carol Lightbody.

Douglas H. Stein of the Association Law Group, PH, Miami, for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank*, 377 So. 2d 115 (Fla. 1979).

GROSS, TAYLOR and KUNTZ, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***